IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNA CATES**                                                                            **PLAINTIFF**

v.                                No. 1:11-cv-38-DPM

**XTO ENERGY, INC; and**
**KEX ENERGY, LLC**                                           **DEFENDANTS**

**ORDER**

Donna Cates's claims are dismissed without prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2012