IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONNA CATES; LARRY KENNEDY; and
ROGER KENNEDY                                                          PLAINTIFFS

v.                         No. 1:11-cv-38-DPM

XTO ENERGY, INC; and
KEX ENERGY, LLC                                                        DEFENDANTS

JUDGMENT

The claims of all plaintiffs are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2012